**Order entered September 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00631-CV**

### IN THE INTEREST OF V.R.W. III, A CHILD

**On Appeal from the County Court**
**Kaufman County, Texas**
**Trial Court Cause No. 110502-CC**

### ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. By letter dated August 25, 2022, we directed appellant to file, within ten days, written verification of her request. Although we cautioned appellant that failure to comply could result in the appeal being submitted without the reporter's record, appellant has failed to comply. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than October 12, 2022.

/s/     KEN MOLBERG
        JUSTICE